HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN JAY TARSIA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOINT BASE LEWIS McCHORD<br>PROVOST MARSHAL OFFICE, et al,<br><br>                Defendant. | CASE NO. C15-5739RBL<br><br>ORDER GRANTING DEFENDANT MICHAEL DEARBORN'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER has come before the Court upon Defendant Michael Dearborn's Motion for Summary Judgment [Dkt. #20]. The Court having reviewed the motion and supporting declaration filed by the defendant; the plaintiff failing to respond; and, the motion is well-taken.

THEREFORE, it is hereby ordered that Plaintiff's claims against Defendant Michael Dearborn are **DISMISSED** with prejudice.

Dated this 15TH day of May, 2017.

                                                        _____
                                                        Ronald B. Leighton
                                                        United States District Judge